IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KHALED FADEL IBRAHIM (1) )<br>a/k/a "Khal," a/k/a "K"; )<br>AHMED SAMY HOSNY KAREEM (2) )<br>a/k/a "Sam," a/k/a "Sammy"; )<br>KAMAL ZAKI QAZAH (3) )<br>a/k/a "Keemo"; )<br>THA'ER ISMAIL AYYAD (4) )<br>a/k/a "Old Man," a/k/a "Wild Man"; )<br>WAEL MAHMOUD SALEM (5) )<br>a/k/a "Tony"; )<br>JOSE CALDERON-SILVER (6); )<br>ZAFER RAMADAN KAFOZI (7) )<br>a/k/a "Uncle Jack"; )<br>HESHAM RAHMAN (8) )<br>a/k/a "Sean"; )<br>ZIAD HASHEM NAJJAR (9) )<br>a/k/a "Z"; )<br>NASSER KAMAL ALQUZA(10); )<br>MURAD AYYAD (11) )<br>a/k/a "Mike" ) | DOCKET NO: 3:11cr 373-FDW-DSC |

**ORDER**

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Sealed Bill of Indictment and related Warrants for Arrest be unsealed.

**SO ORDERED.**

_____
David S. Cayer
United States Magistrate Judge